```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THE DASH GROUP LLC,                  :
                                     :    20-cv-10671 (JSR)
                                     :
          Petitioner,                :
                                     :         ORDER
          -v-                        :
                                     :
JPMORGAN CHASE and EDWYNA W          :
BROOKS d/b/a EW BROOKS BOOKS         :
LLC,                                 :
                                     :
          Respondents.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in the telephonic oral argument held earlier today, see Transcript dated 1/25/2021, it is ordered that respondent JPMorgan Chase ("Chase") shall not sell, assign, transfer, dispose of, or otherwise interfere with any of petitioner's assets and/or monies being held in the Chase bank accounts of petitioner pending the evidentiary hearing on petitioner's motion to vacate the restraining notice, now scheduled for Tuesday, February 16, 2021 at 9:30 a.m., provided, however, that Chase shall immediately release to petitioner $29,521.42, which is to be used by petitioner solely for the purpose of paying payroll.

SO ORDERED.

Dated:  New York, NY
        January 25, 2021

_____
United States District Judge