```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THE DASH GROUP LLC,                  :
                                     :    20-cv-10671 (JSR)
                                     :
         Petitioner,                 :
                                     :    AMENDED ORDER
             -v-                     :
                                     :
JPMORGAN CHASE and EDWYNA W          :
BROOKS d/b/a EW BROOKS BOOKS         :
LLC,                                 :
                                     :
         Respondents.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in the telephonic oral argument held earlier today, see Transcript dated 1/25/2021, it is ordered that respondent JPMorgan Chase ("Chase") shall not sell, assign, transfer, dispose of, or otherwise interfere with any of petitioner's assets and/or monies being held in the Chase bank accounts of petitioner pending the evidentiary hearing on petitioner's motion to vacate the restraining notice, now scheduled for Tuesday, February 16, 2021 at 9:30 a.m., provided, however, that Chase shall immediately release to petitioner $29,521.42, which is to be used by petitioner solely for the purpose of paying payroll. Such withdrawal shall be by check issued to petitioner The Dash Group LLC and shall be picked up by a current signer on the account at the Chase bank branch located at 13949 Ventura Blvd., Sherman Oaks, CA

91423, on a date and time to be agreed to by Chase and petitioner.

    SO ORDERED.

Dated:   New York, NY

        January 27, 2021

_____
United States District Judge