```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THE DASH GROUP LLC,                  :
                                     :     20-cv-10671 (JSR)
                                     :
         Petitioner,                 :
                                     :     ORDER
            -v-                      :
                                     :
JPMORGAN CHASE and EDWYNA W          :
BROOKS d/b/a EW BROOKS BOOKS         :
LLC,                                 :
                                     :
         Respondents.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Petitioner the Dash Group LLC ("Dash Group") brought this action in state court to challenge a restraining notice served by respondent Edwyna W Brooks D/B/A EW Brooks Books LLC ("Brooks") on respondent JP Morgan Chase ("Chase"). Brooks served the restraining notice as part of her effort to collect on her $300,000 judgment (the "Judgment") awarded against Damon Dash ("Dash") and Poppington LLC ("Poppington") in a related trademark and copyright infringement action before this Court. See Brooks v. Dash, 19-cv-1944 (the "Underlying Action"). Defendants in the Underlying Action have since secured a supersedeas bond in the amount of the Judgment. See 19-cv-1944, Dkt. No. 111-1. A proposed stipulation, submitted along with a copy of that bond, would require, among other things, that Brooks "immediately vacate" all "restraining notices or levies"

served in connection with the Judgment and "discontinue any pending claims to enforce her Judgment." See 19-cv-1944, Dkt. No. 111. Once the Court receives and reviews the original bond, which counsel for Dash and Poppington has represented is being mailed overnight to Chambers, the Court will likely approve the bond and so-order the stipulation.

The bond and proposed stipulation in the Underlying Action will likely resolve and/or moot many, if not all, of the outstanding claims in this action. Accordingly, the initial pretrial conference and evidentiary hearing set for February 16, 2021 is hereby adjourned. In addition, although the Court had indicated that it would resolve the motion to intervene of Dash and Poppington by no later than today, the Court will reserve judgment on that motion until after addressing the bond and the proposed stipulation.

SO ORDERED.

Dated:   New York, NY
         February 12, 2021                  _____
                                            United States District Judge