```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THE DASH GROUP LLC,                  :
                                     :       20-cv-10671 (JSR)
                                     :
          Petitioner,                :
                                     :       ORDER
          -v-                        :
                                     :
JPMORGAN CHASE and EDWYNA W          :
BROOKS d/b/a EW BROOKS BOOKS         :
LLC,                                 :
                                     :
          Respondents.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

This enforcement action relates to the efforts of respondent Edwyna W Brooks D/B/A EW Brooks Books LLC ("Brooks") to collect on her $300,000 judgment (the "Judgment") awarded against Damon Dash ("Dash") and Poppington LLC ("Poppington") in a related trademark and copyright infringement action before this Court. See Brooks v. Dash, 19-cv-1944 (the "Underlying Action"). Earlier today, the Court so-ordered a stipulation submitted alongside a supersedeas bond in the Underlying Action. See 19-cv-1944, Dkt. No. 112 (the "Supersedeas Bond"); Dkt. No. 113 (the "Stipulation"). Pursuant to the Stipulation, Brooks must "immediately vacate" all "restraining notices or levies" served in connection with the Judgment and "discontinue any pending claims to enforce her Judgment." Stipulation at 2-3. The Stipulation plainly requires Brooks to vacate

the restraining notices at issue in this action and to discontinue her counterclaims in this action. Therefore, the motion to intervene of Dash and Poppington is hereby denied as moot. The Clerk of the Court is directed to close the entry at docket number 29.

    SO ORDERED.

Dated:   New York, NY  
          February 17, 2021        _____  
                                    JED S. RAKOFF, U.S.D.J.